IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOANN MARCHELLE BROOKS,

     Appellant,

v.

CSX TRANSPORTATION, INC.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-1431

Opinion filed July 9, 2015.

An appeal from the Circuit Court for Duval County.
Karen K. Cole, Judge.

Donald Wheeler Jonz of the Law Offices of Donald Wheeler Jonz, Washington, D.C., for Appellant.

Andrew J. Knight, II of Moseley, Prichard, Parrish, Knight & Jones, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, BENTON, and RAY, JJ., CONCUR.